IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00226-REB-KLM

ERNEST WEST,

    Plaintiff(s),

v.

DENVER COUNTY JAIL WARDEN,
DENVER RECEPTION & DIAGNOSTIC WARDEN,
SGT. HARRIS, D.R.D.C Infirmary.
BUENA VISTA MIN. CT. WARDEN
SGT. DWYER, B.V. M.C.,
STERLING CORRECTIONAL FACILITY WARDEN MILYARD, and
JOE ORTIZ, Executive Director,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Plaintiff's **Motion of Status** [Docket No. 52; filed September 14, 2007].

    Plaintiff requests that this Court inform him of the status of his tendered Third Amended Complaint [Docket No. 28; filed June 25, 2007].  As per Magistrate Judge Watanabe's Minute Order [Docket No. 32; filed June 27, 2007], Plaintiff's tendered Third Amended Complaint was stricken due to Plaintiff's failure to comply with Fed. R. Civ. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . Otherwise a party may amend the party's pleading only be leave of court or by written consent of the adverse party . . . .").

    As Plaintiff's **Motion of Status** [Docket No. 52; filed September 14, 2007] does not request relief from this Court, IT IS HEREBY ORDERED that it is **DENIED.**

    Dated:  October 11, 2007