IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00226-REB-KLM

ERNEST WEST,

    Plaintiff(s),

v.

DENVER COUNTY JAIL WARDEN,
DENVER RECEPTION & DIAGNOSTIC WARDEN,
SGT. HARRIS, D.R.D.C Infirmary.
BUENA VISTA MIN. CT. WARDEN
SGT. DWYER, B.V. M.C.,
STERLING CORRECTIONAL FACILITY WARDEN MILYARD, and
JOE ORTIZ, Executive Director,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Plaintiff's **"Notice"** [Docket No. 59; filed October 25, 2007] (the "Motion").  Plaintiff appears to be requesting leave to amend his second amended complaint [Docket No. 11; filed April 18, 2007].  Fed. R. Civ. P. 15(a) provides that "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party . . . ."

    Plaintiff may not amend his second amended complaint via a "Notice" filed with the Court.  If Plaintiff seeks leave to amend, he must file a motion pursuant to Fed. R. Civ. P. 15(a), seeking leave of the court to amend and stating good cause for the amendment.

    To the extent that Plaintiff's Notice [Docket No. 59; filed October 25, 2007] seeks to amend his second amended complaint, IT IS HEREBY ORDERED that it is **DENIED.**

    Dated:  October 26, 2007