IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00226-REB-KLM

ERNEST WEST,

    Plaintiff(s),

v.

DENVER COUNTY JAIL WARDEN,
DENVER RECEPTION & DIAGNOSTIC WARDEN,
SGT. HARRIS, D.R.D.C Infirmary.
BUENA VISTA MIN. CT. WARDEN
SGT. DWYER, B.V. M.C.,
STERLING CORRECTIONAL FACILITY WARDEN MILYARD, and
JOE ORTIZ, Executive Director,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Have District Court Send In Legal Documents to Have 20% Deduction** [Docket No. 63; filed November 20, 2007] and Plaintiff's **Second Motion to Have District Court Send In Legal Documents to Have 20% Deductions** [Docket No. 71; filed December 3, 2007].

    Plaintiff requests that the Court send a "letter of documentation" to the Inmate Accountant Department at the Sterling Correctional Facility [Docket No. 63]. Plaintiff states that he needs such a letter in order to comply with the filing fee requirements imposed on him pursuant to 28 U.S.C. § 1915. Plaintiff appears to be requesting that this Court send a garnishment order to Sterling Correctional Facility in order to have an automatic withdrawal of Plaintiff's filing fees.

    By Order dated December 4, 2007 [Docket No. 73], I ordered Defendants to respond to Plaintiff's request. Defendant Denver County Jail Warden responded that it did not have jurisdiction over the Colorado Department of Corrections [Docket No. 74]. Defendants Denver Reception and Diagnostic Warden, Sgt. Harris, Buena Vista Minimum

Center Warden, Sgt. Dwyer and Sterling Correctional Facility Warden Milyard ("CDOC Defendants") filed their response on December 18, 2007 [Docket No. 81]. CDOC Defendants state that, pursuant to CDOC regulations, there are two means by which an inmate may pay his filing fees. The first is by the plaintiff submitting a money order request for payment to CDOC inmate banking. The second method is by submission of a court order issued by the Federal District Court pursuant to 28 U.S.C. § 1915 to CDOC inmate banking. CDOC Defendants state that Plaintiff has not used either of these procedures in order to meet his filing fee obligation.

Under the specific language of the Court's Order granting leave to proceed under 28 U.S.C. § 1915 [Docket No. 2; filed January 31, 2007], the responsibility for ensuring that the monthly filing payments are made, or demonstrating why such a payment cannot be made, remains with the plaintiff. This is the standard practice of the United States District Court for the District of Colorado in all prisoner cases. It is *not* the standard practice of the United States District Court for the District of Colorado to issue garnishment orders, and such an order is not available from this Court. As such, Plaintiff must monitor his own financial resources and work within the applicable rules and regulations existing at the facility where he is incarcerated to ensure that his monthly filing fee obligations are met. Plaintiff must make the required monthly payments or show cause **each** month why he has no assets and no means by which to make the monthly payment. Plaintiff is cautioned that failure to comply with his filing fee obligations, under § 1915(b)(2) may result in dismissal of this action.

Accordingly, IT IS HEREBY **ORDERED** that Plaintiff's **Motion to Have District Court Send In Legal Documents to Have 20% Deduction** [Docket No. 63; filed November 20, 2007] and **Second Motion to Have District Court Send In Legal Documents to Have 20% Deductions** [Docket No. 71; filed December 3, 2007] are **DENIED**.

                                      BY THE COURT:
                                      __s/ Kristen L. Mix_____
                                      United States Magistrate Judge

Dated: December 20, 2007