IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00226-REB-KLM

ERNEST WEST,

    Plaintiff(s),

v.

DENVER COUNTY JAIL WARDEN,
DENVER RECEPTION & DIAGNOSTIC WARDEN,
SGT. HARRIS, D.R.D.C Infirmary.
BUENA VISTA MIN. CT. WARDEN
SGT. DWYER, B.V. M.C.,
STERLING CORRECTIONAL FACILITY WARDEN MILYARD, and
JOE ORTIZ, Executive Director,

    Defendant(s).
_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Court's Order to Show Cause issued to Plaintiff on October 29, 2007 [Docket No. 61]. While Plaintiff has responded [Docket No. 66; filed November 20, 2007], he has provided no credible explanation as to why he has failed to make payments towards his filing fee or show cause each month why he cannot pay. As such, this Court recommended that Plaintiff's case be dismissed without prejudice on December 20, 2007 [Docket No. 83].

    IT IS HEREBY **ORDERED** that the Order to Show Cause is **DISCHARGED**.

                                        BY THE COURT:
                                        __s/ Kristen L. Mix_____
                                        United States Magistrate Judge

Dated: February 25, 2008