**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00226-REB-MJW

ERNEST WEST,

    Plaintiff,

v.

DENVER COUNTY JAIL WARDEN,
DENVER RECEPTION & DIAGNOSTIC WARDEN,
SGT. HARRIS, D.R.D.C. Infirmary,
BUENA VISTA MIN. CT. WARDEN,
SGT. DYWER, B.V.M.C.,
STERLING CORR. FACILITY WARDEN MILYARD, and
JOE ORTIZ, Executive Director,

    Defendants.

---

**MINUTE ORDER**[1]

---

The following motion and notice come before the court for consideration:

1. Plaintiff's **Motion for a Preliminary Injunction Against Cheyenne Mountain Re-Entry Center** [#110] filed May 12, 2009; and

2. Plaintiff's **Notice** [#111] filed May 12, 2009.

After review of the motion, the notice and the file, the court has concluded that this court lacks jurisdiction, and the matters should be denied.

**THEREFORE, IT IS ORDERED** as follows:

1.     That plaintiff's **Motion for a Preliminary Injunction Against Cheyenne Mountain Re-Entry Center** [#110] filed May 12, 2009, is **DENIED** with leave to file with the Tenth Circuit Court of Appeals; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

     2.      That plaintiff's **Notice** [#111] filed May 12, 2009, is **DENIED** with leave to file with the Tenth Circuit Court of Appeals.

Dated:  May 12, 2009